



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 6, 2017**

_____
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VALERIE ANN YANAROS | § | CASE NO. 16-41629-mxm-13 |
| | § | |
| Debtor | § | CHAPTER 13 |

### ORDER GRANTING DEBTORS' MOTION TO VACATE DISMISSAL ORDER AND REINSTATE CHAPTER 13 CASE

CAME ON BEFORE THE COURT, Debtors' Motion to Reinstate Chapter 13 Case. The Court finds good cause exists to grant said Motion. It is, therefore,

ORDERED that Debtors' case under Chapter 13, Case No. 16-41629-MXM-13, be reinstated to this Court's active docket.

###END ORDER###

By:  /s/ Marcus Leinart                          /s/ Ethan Cartwright
Marcus B. Leinart/Richard Anderson      Ethan Cartwright
Leinart Law Firm                                      Office of the Chapter 13 Trustee
11520 N Central Expwy, Ste 212            7001 Blvd 26, Suite 150
Dallas, TX  75243                                    North Richland Hills, TX 76180

Submitted by: */s/ Marcus Leinart*
Marcus Leinart
State Bar No. 00794156
Leinart Law Firm
11520 N. Central Exprwy, Ste 212
Dallas, TX 75243
469.232.3328 Phone
214.221.1755 Fax
ATTORNEY FOR DEBTORS